5,CLOSED

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CRIMINAL DOCKET FOR CASE #: 2:17-mj-09450-ESW All Defendants *SEALED* Internal Use Only

Case title: USA v. Harris
Other court case number: 3:17-CR-254 Northern District of New York

Date Filed: 09/20/2017
Date Terminated: 09/29/2017

---

Assigned to: Magistrate Judge Eileen S Willett

**Defendant (1)**

**Alonzo Lamar Harris**
80205-408
*TERMINATED: 09/29/2017*
*also known as*
L
*TERMINATED: 09/29/2017*

represented by **David A Rubin**
Rubin Law PLC
3550 N Central Ave., Ste. 1010
Phoenix, AZ 85012-2111
602-795-4888
Fax: 602-595-8777
Email: court@rubinlawplc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Susan E Anderson**
Federal Public Defenders Office - Phoenix
850 W Adams St., Ste. 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: susan_anderson@fd.org
*TERMINATED: 09/25/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; 18:1956 (h) - Conspiracy to Commit Money Laundering | |

---

**Plaintiff**

**USA** represented by **Brian Gail Larson**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7537
Email: brian.larson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2017 | 11 | Notice to the Northern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Alonzo Lamar Harris. Your case number is: 3:17-CR-254 (GTS). The case is SEALED. *(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (ATD) (Entered: 09/29/2017) |
| 09/29/2017 | | (Court only) ***Complaint counts moved to P99 Alonzo Lamar Harris (1) Count Complaint. (ATD) (Entered: 09/29/2017) |
| 09/29/2017 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Alonzo Lamar Harris. Defendant committed to the Northern District of New York. Signed by Magistrate Judge Michelle H Burns on 9/29/2017. (cc: AUSA/Def Cnsl/PTS) (ATD) (Entered: 09/29/2017) |
| 09/29/2017 | 9 | WAIVER of Rule 5 & 5.1 Hearings by Alonzo Lamar Harris. (cc: AUSA/Def. Cnsl/PTS) (ATD) (Entered: 09/29/2017) |

| | | | |
|---|---|---|---|
| 09/29/2017 | | 8 | *SEALED* MINUTE ENTRY for proceedings held before Magistrate Judge Michelle H Burns: Detention Hearing as to Alonzo Lamar Harris held on 9/29/2017. Defendant waives his right to a Detention Hearing and requests to have those hearings held in the charging district. COMMITMENT TO ANOTHER DISTRICT ISSUED. IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.<br><br>Defendant is present and in custody (restraint level 5). (Recorded by COURTSMART.) Hearing held 9:43 AM to 9:45 AM. (cc: AUSA/Def. Cnsl/PTS) (ATD) (Entered: 09/29/2017) |
| 09/25/2017 | | 7 | *SEALED* MINUTE ENTRY for proceedings held before Magistrate Judge Michelle H Burns: Rule 5(c)(3) Identity Hearing as to Alonzo Lamar Harris held on 9/25/2017. Removal Hearing waived. Defendant signs written Waiver of Removal Hearing. The Magistrate Judge finds, on the basis of Defendant's written waiver of removal hearing and this Magistrate Judge's receipt of the original/certified copy of the warrant from the Northern District of New York, that there is probable cause to believe that this defendant is the Alonzo Lamar Harris, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America. Detention Hearing set for 9/29/2017 at 09:30 AM in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Michelle H Burns. Notice of Appearance filed by retained attorney David Rubin. AFPD Susan Anderson is relieved of further responsibility in this matter. (Recorded by COURTSMART.) Hearing held 1:45 PM to 1:48 PM. (LAD) cc: AUSA; AFPD; PTS/Def. Cnsl (Entered: 09/26/2017) |
| 09/25/2017 | | 6 | NOTICE OF ATTORNEY APPEARANCE: David A Rubin appearing for Alonzo Lamar Harris. (LAD) (Entered: 09/26/2017) |
| 09/25/2017 | | 5 | WAIVER of Rule 5 and 5.1 Hearings by Alonzo Lamar Harris. (LAD) cc: AUSA; Def. Cnsl; PTS (Entered: 09/25/2017) |
| 09/20/2017 | | 4 | SEALED CJA 23 Financial Affidavit by Alonzo Lamar Harris. (MAP) (Entered: 09/21/2017) |
| 09/20/2017 | | 3 | *SEALED* MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S Willett: Initial Appearance in Rule 5(c)(3) Proceedings as to Alonzo Lamar Harris held on 9/20/2017. FINANCIAL AFFIDAVIT TAKEN. Appointment of Counsel Hearing held. Appointing Susan E Anderson (AFPD - for Arizona Proceedings Only). Defendant is present and in custody (restraint level 5). Status Conference Re Identity and Detention Hearings set for 9/25/2017 at 01:30 PM before Magistrate Judge Michelle H Burns. (Recorded by COURTSMART.) Hearing held 3:40 PM to 3:43 PM. (cc: AUSA/Dft's Cnsl/PTS) (MAP) (Entered: 09/21/2017) |
| 09/20/2017 | | 2 | **Pretrial Services Bail Report** as to Alonzo Lamar Harris filed by Pretrial Services. (PTS-KW, ) (Entered: 09/20/2017) |

| | | |
|---|---|---|
| 09/19/2017 | 1 | Arrest (Rule - 5 Northern District of New York (warrant)) of Alonzo Lamar Harris. (MAP) (Entered: 09/20/2017) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 9/20/2017    CASE NUMBER: 17-09450MJ-001
**SEALED**

USA vs. Alonzo Lamar Harris

U.S. MAGISTRATE JUDGE: EILEEN S. WILLETT   #: 70CC

Assistant U.S. Attorney: Vincent Kirby on behalf of Brian Larson   INTERPRETER____________________
LANGUAGE______________________
Attorney for Defendant: AFPD Susan Anderson (for proceedings held in the District of Arizona only)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY (Restraint Level 5)

DOA: 9/20/2017

☒ Initial Appearance in Rule 5 Proceedings held
☒ Financial Affidavit taken
☒ Appointment of Counsel Hearing held

**STATUS HEARING RE: IDENTITY AND DETENTION HEARINGS:**

Set for: **9/25/2017 at 1:30 p.m.**
Before: **Magistrate Judge Michelle H. Burns in Courtroom 303**

☒ Defendant to remain temporarily detained in the custody of the United States Marshal pending further proceedings in this district.

Recorded by Courtsmart
BY: Marion Holmes
Deputy Clerk

IA: 3 mins.
3:40 p.m. - 3:43 p.m.

cc: AUSA, Dft's Cnsl, PTS

X FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 2 5 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY M Rasher DEPUTY

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Alonzo Lamar Harris
*Defendant*

Case No. 17-9450MJ

Charging District's Case No. 3:17-CR-254 (GTS

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

SEALED

I understand that I have been charged in another district, the *(name of other court)* ______________________.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9-25-17

Alonzo L. Harris
*Defendant's signature*

DAR
*Signature of defendant's attorney*

David A. Rabin #4856
*Printed name of defendant's attorney*

cc: AUSA; Def. Cnsl; PTS

X FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 25 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

David A. Rubin, #004856
RUBIN LAW PLC
3550 North Central Avenue, Suite 1010
Phoenix, Arizona 85012-2111
Telephone: (602) 795-4888
Facsimile: (602) 595-8777
Email: court@rubinlawplc.com
*Attorney for Mr. Harris*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

STATE OF ARIZONA,

Plaintiff,

vs.

ALONZO LAMAR HARRIS,

Defendant.

Case No.: 2:17-MJ-09450-01

**NOTICE OF APPEARANCE**

**(Assigned to the Honorable Michelle H. Burns)**

Notice is hereby given that DAVID A. RUBIN, Rubin Law PLC, hereby enters his appearance as Defense Counsel on behalf of the Defendant, ALONZO LAMAR HARRIS, in the above-entitled and numbered matter.

RESPECTFULLY SUBMITTED this 25th day of September, 2017

RUBIN LAW PLC

David A. Rubin

Alonzo L. Harris
Defendant

Susan Anderson
Ass't. Fed. Pub. Defender

ECF copy:
**Clerk of Court**
United States District Court District of Arizona – Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite #130
401 W. Washington St., SPC 1
Phoenix, AZ 85003-2118

**Brian Larson**
US Attorney's Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1200
Phoenix, AZ 85004-4408
602-514-7500
602-514-7537 (fax)
Brian.larson@usdoj.gov

By: [signature]
David A. Rubin

cc: AUSA; FPD; PTS

**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. Magistrate Judge: Michelle H. Burns** **Date:** September 25, 2017 **SEALED**

**USA v. Alonzo Lamar Harris** **Case Number: 17-09450MJ-001-PHX-ESW**

**Assistant U.S. Attorney: Brian Gail Larson**
**Attorney for Defendant: David Rubin**, Retained
**Interpreter:** N/A
**Defendant:** ☒**Present** ☐ **Not Present** ☐ **Released** ☒**Custody** ☐ **Summons** ☐ **Writ**
**Restraint Level 5**

**DETENTION HEARING**
☒ Set for: **9/29/2017 at 9:30 a.m. before Magistrate Judge Burns, courtroom 303.**

**REMOVAL HEARING:** ☐ Held ☒Waived

☒ Defendant signs written Waiver of Removal Hearing. The Magistrate Judge finds, on the basis of Defendant's written waiver of removal hearing and this Magistrate Judge's receipt of the original/certified copy of the warrant from the Northern District of New York, that there is probable cause to believe that this defendant is the Alonzo Lamar Harris, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

**OTHER:** **N**otice of Appearance filed by retained attorney David Rubin. AFPD Susan Anderson is relieved of further responsibility in this matter.

**Recorded By** Courtsmart
**Deputy Clerk** Molly Frasher

**Identity: 3 min**

**Start: 1:45 pm**
**Stop: 1:48 pm**

cc: AUSA; AFPD; PTS; Def. Cnsl

**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | | |
|---|---|---|
| **U.S. Magistrate Judge: Michelle H. Burns** | **Date:** September 29, 2017 | **SEALED** |
| **USA v. Alonzo Lamar Harris** | **Case Number: 17-09450MJ-001-PHX-ESW** | |

**Assistant U.S. Attorney: Brian Gail Larson**
**Attorney for Defendant: David A. Rubin**, Retained
**Interpreter:** N/A
**Defendant:** ☒**Present** ☐ **Not Present** ☐ **Released** ☒**Custody** ☐ **Summons** ☐ **Writ**
**Restraint Level 5**

**DETENTION HEARING**

Defendant waives his right to a Detention Hearing and requests to have those hearings held in the charging district.

☒ COMMITMENT TO ANOTHER DISTRICT ISSUED

☒ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.

**Recorded By** Courtsmart
**Deputy Clerk** Kenneth Miller

**DH:R5 2 min.**
**Start: 9:43 AM**
**Stop: 9:45 AM**

CC: AUSA; Def. Cnsl; PTS

SEALED

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 29 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

District of Arizona

United States of America
v.
Alonzo L. Harris
*Defendant*

Case No. 17-9450MJ

Charging District's Case No. 3:17-CR-254(GTS)

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Northern District of New York.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☑ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9-29-17

Alonzo L. Harris
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

David Rubin
*Printed name of defendant's attorney*

cc: AUSA; Def. Cnsl; PTS

SEALED

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America | Case Number: 17-09450MJ-001-PHX-ESW |
|---|---|
| v. | Charging District's Case No. 3:17-CR-254(GTS) |
| Alonzo Lamar Harris | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Northern District of New York.

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 9/29/2017

[signature]

Michelle H. Burns
United States Magistrate Judge

cc: AUSA; Def. Cnsl; PTS