# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

**DAN MCALLISTER**
Chief Deputy



James T. Foley Courthouse
445 Broadway, Room 509
Albany, New York 12207
(518) 257-1800

November 29, 2017

Kimberly M. Zimmer, Esq.
Zimmer Law Office PLLC
The University Building
120 E. Washington Street, Suite 815
Syracuse, New York 13202

      RE: United States v. Alonzo Lamar Harris; 3:17-CR-254 (GTS)

Dear Attorney Zimmer:

      Enclosed is a copy of a letter dated November 13, 2017 from defendant Alonzo Lamar Harris. Magistrate Judge Peebles will not consider the letter, since it is not from defendant's counsel.  If defendant's counsel would like to request relief from the court as to defendant Harris, then such a request must be electronically filed with the court. The original letter is being sent to defendant's counsel without docketing and will not be retained by the court.

      Very truly yours,

      Shelly Muller,
      CRD to Magistrate Judge David E. Peebles
      (315) 234-8620

cc: Nicolas Commandeur, AUSA