✎ CJA 7
(Rev. 9/05)

LOCATION CODE   0206 NYND

Docket No.   3:17-CR-254-1 (GTS)

USA v. Alonzo Lamar Harris

**ORDER TERMINATING APPOINTMENT OF COUNSEL**   X   one or both
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS**   ☐

WHEREAS, __Kimberly M. Zimmer, Esq.__ was appointed as counsel for the above defendant/petitioner, on the __8th__ day __November__, 20 __17__; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

X   ORDERED that the appointment of said counsel is hereby terminated.

___ AUTHORIZED/DIRECTED that such funds up to the amount of **$** _____ be paid by said defendant/petitioner.

***Checks or Money Orders shall be made payable and mailed to:

Clerk, U.S. District Court
Attn: Financial Administrator
100 South Clinton Street
Syracuse, NY 13261-7367

Dated this __30th__ day of __January__, 20 __18__.

*[signature]*
David E. Peebles
U.S. Magistrate Judge

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE