

February 26, 2018

Hon. Glenn T. Suddaby
Chief U.S. District Judge
U.S. District Court, NDNY
P.O. Box 367
Syracuse, New York 13261

      RE:    *U.S. v. Alonzo Lamar Harris*
              Criminal No. 3:17-CR-254 (GTS)

Dear Judge Suddaby:

      I was previously retained to represent Lamar Harris in the above matter. Trial is scheduled for April 2, 2018.

      Mr. Harris advised me at the end of last week that he intends to hire another attorney to represent him, and that he would be notifying you this week of his intentions. I have not heard from another attorney on Mr. Harris' behalf. Also, I received an email from Mr. Harris from jail yesterday advising that he is no longer reading my communications, and does not want to discuss this case with me further.

      The U.S. Attorney's Office has advised of deadlines that would affect any guilty plea entered by Mr. Harris after March 5, 2018, and trial is scheduled to commence in five weeks, with pretrial submissions due in two weeks. I therefore respectfully request that you schedule an appearance so that Mr. Harris can advise the Court of his intention regarding continued representation.

      Thank you.

                                  Very truly yours,

                                  George F. Hildebrandt

GFH/kld

cc:    Nicolas Commandeur, AUSA  (by ECF)
       Lamar Harris (by mail)