

April 16, 2018

Hon. Glenn T. Suddaby
Chief U.S. District Judge
U.S. District Court, NDNY
P.O. Box 367
Syracuse, New York 13261

      RE:    *U.S. v. Alonzo Lamar Harris*
                 Criminal No. 3:17-CR-254 (GTS)

Dear Judge Suddaby:

      Mr. Harris has again indicated that he wishes to terminate my representation and be represented by another attorney. I received copies of two sets of pro se motion papers and a set of supporting exhibits from Mr. Harris at the end of last week, although I am uncertain whether he has filed both with the Court. The motions seek various relief, including the appointment of counsel.

      As evidenced in part by Mr. Harris' motions, the attorney-client relationship has unfortunately deteriorated to the point where I do not believe I can effectively continue representing him. I have not set forth all of the reasons for my request, but will do so in writing or at an appearance if the Court requests.

      I therefore ask that you permit me to withdraw as Mr. Harris' attorney. I will of course provide Mr. Harris' file material and any other information to whomever Mr. Harris hires or the Court appoints.

      Thank you for your continued consideration.

                                      Very truly yours,

                                      *George Hildebrandt*

                                      George F. Hildebrandt

GFH/kld
cc:    Nicolas Commandeur, AUSA  (by ECF)
        Lamar Harris (by mail)