UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.

ALONZO HARRIS,

        Defendant.
_____

Case No. 3:17-CR-254 (GTS)

<u>ATTORNEY AFFIRMATION</u>

      H DANA VANHEE, an attorney duly admitted to practice law in the United States District Court for the Northern District of New York, affirms, under the penalties of perjury, that the following is true and correct:

1.    I am the attorney for Alonzo Harris, defendant herein, having been I assigned by this honorable Court on July 17, 2018. I am fully familiar with the facts and proceedings had herein since the date of my assignment.

2.    On July 18, 2018, the Government moved, pursuant to 18 U.S.C. s. 3161(h)(7)(A), for an order excluding from calculations pursuant to the Speedy Trial Act the period of time from July 17, 2018 through October 1, 2018, the scheduled date of commencement of trial.

3.    I submit this affirmation in opposition to the Government's motion.

4.    As the court is aware, Mr. Harris has refused to meet with me to discuss his case, despite two attempts and an intervening Court conference wherein Mr. Harris was urged to meet with me, and seemingly reluctantly agreed to do so.

5.    As such, I have had no opportunity to discuss with my client proceedings occurring prior to my appointment, and have therefore had no input from him which might help me frame a response to the Government's motion.

6.    I have reviewed the Government's submission, as well as the docket annotations referenced therein.

7.    I also personally recall the two court appearances having had occurred since my appointment, wherein the court made inquiry and statements to the defendant regarding the

reasons for the delays associated with his case, and my recollection comports with the Government's contentions.

8. In light of the foregoing, I am respectfully requesting that the Court deny the Government's motion until such time as my client agrees to cooperate with me and a meaningful opposition can be prepared and submitted.

I swear or affirm that the foregoing statements are true and correct to the best of my recollection.

Dated:   August 12, 2018

_____
H Dana VanHee